# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Garron Ladon Norris <br> *Plaintiff* <br> v. <br> Ofc Mann, Ofc Lemmonds <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 8:09-cv-02577-PMD <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus postjudgment interest at the rate of %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

■ other:   This action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

■ decided by Judge   Patrick Michael Duffy on the record.   on a motion for

Date:   May 5, 2010                                *CLERK OF COURT*


                                                    s/Nora Chandler, Deputy Clerk
                                                    *Signature of Clerk or Deputy Clerk*